BK 670 PG 965

Recorded: 7/3/2018 10:29:37 AM
Pamela Bartlett, Acting Register of Deeds
Oxford West County

Doc # 84508

## Quitclaim Assignment

WHEREAS, **Countrywide Home Loans, Inc.**, is identified as the "Lender" on a certain mortgage executed by **Lyle Witchley**, and **Christine Witchley**, and bearing the date of the 22nd day of June, 2007 and recorded on the 23rd day of July, 2007 in the Office of the Recorder of Oxford West County, State of MAINE in Book 535 at Page 738, Doc# 41687 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Countrywide Home Loans Inc., and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS Countrywide Home Loans Inc., wishes to convey and assign any and all rights it may have under the Mortgage to **FEDERAL NATIONAL MORTGAGE ASSOCIATION**; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Countrywide Home Loans Inc., hereby assigns and quit claims to **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, all of its rights, title and interests (whatever they may be, if any) in the Mortgage to **FEDERAL NATIONAL MORTGAGE ASSOCIATION**.

Dated: June 28, 2018

Countrywide Home Loans Inc.

_____
Martha Correa, Assistant Vice President

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this June 28, 2018, by Martha Correa, Assistant Vice President of **Countrywide Home Loans Inc.**, on behalf of the company. He/She is personally known to me or who has produced N/A as identification.

_____
Notary Public: ALEXANDRA MONEGRO
My Commission Expires: May 22, 2020

ALEXANDRA MONEGRO
Notary Public, State of Florida
Commission# FF 994941
My comm. expires May 22, 2020

This Document Prepared by:
Martha Correa
Bank of America, N. A.
MC: FL1-908-01-05
4909 Savarese Circle
Tampa, FL 33634



EXHIBIT G