UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST<br><br>        Plaintiff<br><br>v.<br><br>LYLE WITCHLEY AND CHRISTINE WITCHLEY<br><br>        Defendants<br>MAINE REVENUE SERVICES<br>MIDLAND FUNDING, LLC<br><br>        Parties-In-Interest | 2:19-cv-00519-JDL |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

**Address:  380 Denmark Road, Brownfield, ME 04010 ("Brownfield Property")
Mortgage:  June 22, 2007, Book: 535, Page:738**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust, the Defendants, Lyle Witchley and Christine Witchley, and Party-In-Interest, Maine Revenue Services, and hereby submit this Amended Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($212,782.56) within 90 days of the date of the Judgment, as that time period is

calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of November 29, 2019:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $126,699.78 |
| Interest | $16,075.76 |
| Escrow Advances | $12,623.94 |
| Defer Principal | $56,776.88 |
| Late Charge | $606.20 |
| **Grand Total** | **$212,782.56** |

2. The prejudgment interest rate is 4.625%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

3. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($212,782.56) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Brownfield Property shall terminate, U.S. Bank shall conduct a public sale of the Brownfield Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $212,782.56 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 7 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

4. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency.

5. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

6. The amount due and owing is $212,782.56.

7. The priority of interests is as follows:

● U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust has first priority, in the amount of $212,782.56, pursuant to the subject Note and Mortgage.

● Maine Revenue Services has the second priority behind the Plaintiff pursuant to a Tax Lien dated 07/29/2012, in the amount of $5,183.01, and recorded in the Oxford County Registry of Deeds in Book 601, Page 5. After giving credit for all payments, there is presently due and owing the amount of $1,410.86, which includes additional interest through February 15, 2020.[1]

● Midland Funding, LLC, who has been defaulted.

● Maine Revenue Services has the fourth priority behind the Plaintiff pursuant to a Tax Lien dated 09/16/2015, in the amount of $4,109.44, and recorded in the Oxford County Registry of Deeds in Book 637, Page 553. After giving credit for all payments, there is presently due and owing the amount of $5,706.81, which includes additional interest through February 15, 2020.

● Maine Revenue Services has the fifth priority behind the Plaintiff pursuant to a Tax Lien dated 12/03/2015, in the amount of $2,914.79, and recorded in the Oxford County Registry of Deeds in Book 640, Page 485. After giving credit for all payments, there is presently due and owing the amount of $3,532.52, which includes additional interest through February 15, 2020.

● Maine Revenue Services has the sixth priority behind the Plaintiff pursuant to a Tax Lien dated 01/03/2016, in the amount of $4,322.21, and recorded in the

---

[1] A Tax Lien dated 02/21/2012 in the amount of $1,536.58, and recorded in the Oxford County Registry of Deeds in Book 594, Page 755 was referenced in the Complaint. Said lien was discharged pursuant to a Release of Tax Lien dated October 25 2019, and recorded in the Oxford County Registry of Deeds in Book 5490, Page 61.

Oxford County Registry of Deeds in Book 641, Page 556.  After giving credit for all payments, there is presently due and owing the amount of $5,220.82, which includes additional interest through February 15, 2020.

- Maine Revenue Services has the seventh priority behind the Plaintiff pursuant to a Tax Lien dated 09/11/2016, in the amount of $10,242.35, and recorded in the Oxford County Registry of Deeds in Book 649, Page 372.  After giving credit for all payments, there is presently due and owing the amount of $13,442.17, which includes additional interest through February 15, 2020.

- Maine Revenue Services has the eighth priority behind the Plaintiff pursuant to a Tax Lien dated 11/10/2016, in the amount of $11,863.20, and recorded in the Oxford County Registry of Deeds in Book 651, Page 688.  After giving credit for all payments, there is presently due and owing the amount of $13,705.38, which includes additional interest through February 15, 2020.

- Maine Revenue Services has the ninth priority behind the Plaintiff pursuant to a Tax Lien dated 12/07/2016, in the amount of $2,938.01, and recorded in the Oxford County Registry of Deeds in Book 652, Page 356.  After giving credit for all payments, there is presently due and owing the amount of $3,369.59, which includes additional interest through February 15, 2020.

- Maine Revenue Services has the tenth priority behind the Plaintiff pursuant to a Tax Lien dated 10/04/2018, in the amount of $2,069.91, and recorded in the Oxford County Registry of Deeds in Book 674, Page 373.  After giving credit for all payments, there is presently due and owing the amount of $5,114.05, which includes additional interest through February 15, 2020.

- Maine Revenue Services has the eleventh priority behind the Plaintiff pursuant to a Tax Lien dated 10/15/2019, in the amount of $8,725.77, and recorded in the Oxford County Registry of Deeds in Book 5487, Page 255.  After giving credit for all payments, there is presently due and owing the amount of $8,822.76, which includes additional interest through February 15, 2020.

- Lyle Witchley and Christine Witchley have the twelfth priority behind the Plaintiff.

8. An Affidavit of Commencement of Foreclosure dated November 12, 2019 was recorded in the Oxford County Registry of Deeds at Book 5492, Page 843.

9. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT | Christine Witchley P.O. Box 370 Brownfield, ME 04010 | Pro Se |
|  | Lyle Witchley 270 W Main St Conway, NH 03818 | Pro Se |

| | | |
|---|---|---|
| PARTIES-IN-INTEREST | Maine Revenue Services | Kevin J. Crosman, Esq., Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| | Midland Funding, LLC<br>45 Memorial Circle<br>Augusta, ME 04330 | Defaulted |

a) The docket number of this case is No. 2:19-cv-00519-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 380 Denmark Road, Brownfield, ME 04010, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 380 Denmark Road, Brownfield, ME 04010.  The Mortgage was executed by the Defendants on June 22, 2007.  The book and page number of the Mortgage in the Oxford County Registry of Deeds is Book 535, Page 738.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 380 Denmark Road, Brownfield, ME 04010.

Dated:   January 13, 2020                    /s/ Reneau J. Longoria, Esq.
                                             Reneau J. Longoria, Esq., Bar No. 5746
                                             Attorneys for Plaintiff
                                             Doonan, Graves & Longoria, LLC
                                             100 Cummings Center, Suite 225D
                                             Beverly, MA 01915
                                             (978) 921-2670
                                             RJL@dgandl.com


Dated: January 8, 2020                       /s/ Lyle Witchley
                                             Lyle Witchley
                                             270 W Main St
                                             Conway, NH 03818


Dated: January 8, 2020                       /s/Christine Witchley
                                             Christine Witchley
                                             P.O. Box 370
                                             Brownfield, ME 04010


Dated: January 8, 2020                       /s/ Kevin J. Crosman, Esq.
                                             Maine Revenue Services
                                             c/o Kevin J. Crosman, Esq.,
                                             Assistant Attorney General
                                             6 State House Station
                                             Augusta, ME 04333



**SO ORDERED.**

Dated:  January 23, 2020

                                              /s/ Jon D. Levy
                                             **CHIEF U.S. DISTRICT JUDGE**